
FILED IN OPEN COURT
ON 5-4-11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-45-1D(4)

IN RE:                              :
                                    :
NINE-COUNT GRAND JURY               :    ORDER TO SEAL INDICTMENT
INDICTMENT OF MAY 4, 2011           :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on May 4, 2011, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing the arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 4th day of May, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

2