IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-45-D
No. 4:14-CV-108-D

| | | |
|---|---|---|
| JAMES CALVIN EBRON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

The United States shall file a response to defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 [D.E. 66]. The response is due not later than June 5, 2015.

SO ORDERED. This 27 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge