UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-45-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES CALVIN EBRON | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 69 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office and the Defendant.

IT IS SO ORDERED, this the 7 day of May, 2015.

JAMES C. DEVER III
Chief United States District Judge