UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-00045-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES CALVIN EBRON | **ORDER TO SEAL** |

On motion of the Defendant, James Calvin Ebron, and for good cause shown, it is hereby ORDERED that [DE 77] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

SO ORDERED. This \_\_ day of October 2020.

JAMES C. DEVER III
**United States District Judge**